IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS SHIPLEY and CYNTHIA JOHNSON, Each Individually and on Behalf of All others Similarly Situated, | * * * * | |
| Plaintiffs, | * | |
| vs. | * | No. 4:15-cv-00696-SWW |
| | * * | |
| LANDERS AUTO GROUP, LLC; NP VKW, LLC, d/b/a NORTH POINT VOLKSWAGEN; and VOLKSWAGEN GROUP OF AMERICA, INC., | * * * * * | |
| Defendants. | * | |

## ORDER

The Clerk is directed to reassign the above-styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 12th day of November 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE