# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DENNIS SHIPLEY, individually and on behalf                                    PLAINTIFFS
of all others similarly situated; and
CYNTHIA JOHNSON, individually and on
behalf of all others similarly situated

v.                                          NO. 4:15CV00696 JLH

LANDERS AUTO GROUP, LLC;
NP VKW, LLC, d/b/a North Point Volkswagen;
and VOLKSWAGEN GROUP OF AMERICA, INC.                                         DEFENDANTS

## ORDER

The consent motion to stay the proceedings pending action by the Judicial Panel on Multidistrict Litigation on matters relevant to this case is GRANTED. Issues excluded from the stay are (1) the dismissal of Landers Auto Group, LLC, and NP VKW, LLC, and (2) a determination by this Court as to whether the instant case is the first class action in the State of Arkansas regarding the subject matter of this action. Document #8.

IT IS SO ORDERED this 18th day of November, 2015.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE